US Court of Appeals for Veterans Claims - Page Not Found
 skip navigation
 

 
 
 
 
 United States Court of Appeals
for Veterans Claims
 Home
 About the Court
 Helpful Links
 Employment
 FAQs
 Contact Us
 
 Chief Judge
Bruce E. Kasold
 Clerk of the Court
Gregory O. Block
 
 
 
 

 
 How To Appeal
 Court Forms and Fees
 
 Court Forms
 Fee Schedule
 
 
 Court Rules and Procedures
 
 Rules of Practice and Procedure
 Rule 33: Conference Procedures
 Internal Operating Procedures
 Rules of Admission and Practice
 Rules Governing Judicial Misconduct
 
 E-Filing Rules
 Court Process
 
 
 Information About Practitioners
 
 Search List of Practitioners
 Disciplinary Action
 Key Points in Finding a Representative
 Compendium of Disciplinary Grievances
 
 
 Orders and Opinions
 
 Stay Orders
 Miscellaneous Orders
 Opinions and Full Court Orders
 Search Decisions and Opinions
 Recent CM/ECF Decisions
 Case Archives
 
 
 Electronic Filing
 Docket Search
 
 Cases Closed After 10/10/2008
 Cases Closed Before 10/10/2008
 
 
 Oral Arguments
 
 Schedule
 Audio
 Guide
 
 
 

 
 
 
 
 Page Not Found
 We're sorry, but the page you requested was not found. Because the Court has just launched a new site, this may 
 be because you have a browser bookmark that points to an address on the old site. We recommend that you visit the new site's 
 sitemap to browse to the page you're seeking and then add that page's new address to your 
 bookmarks.
Please contact us if you have any questions or concerns. Thank you for visiting
 the Court's website.
 
 
 
 
 
 
 

 

 Announcements

Court Events
Change Text Size
Sitemap
 
 
 
 
 

 

 
 United States Court of Appeals for Veterans Claims
 625 Indiana Avenue, NW, Suite 900
 Washington, D.C. 20004-2950
 Phone: (202) 501-5970 Fax: (202) 501-5848